PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 24 2023
BY
DEPUTY_____

Martin L. Kennedy #1474898
Plaintiff's Name and ID Number

Wayne Scott Unit
Place of Confinement

CASE NO. 6:23cv518 JCB/JDL
(Clerk will assign the number)

v.

Marsha Moberley
Defendant's Name and Address

8610 Shoal Creek Blvd
Defendant's Name and Address

Austin, Texas 78757
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."    *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:
    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1.  Approximate date of filing lawsuit: Dont reMeMber
        2.  Parties to previous lawsuit:
            Plaintiff(s) Martin L. Kennedy
            Defendant(s) Kent Anshultz, Brenda Kennedy
        3.  Court: (If federal, name the district; if state, name the county.) Western District
        4.  Cause number: A-07-CA-14555 - A-12-cv-0087
        5.  Name of judge to whom case was assigned: Sam Sparks
        6.  Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
        7.  Approximate date of disposition: Dont reMeMber

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Wayne Scott Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Martin Lee Kennedy
Wayne Scott Unit 4 Jester Rd
Richmond, Texas 77406

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Mrs. Marsha Moberley - Parole Director
8610 Shoal Creek Blvd. Austin, Texas 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Mrs. Moberley Supervised discrimintory parole review
~~Defendant #2~~ in June 2023 that denied plaintiffs parole.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #3: N/A
N/A

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #4: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #5: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Plaintiff claims the Director of Pardon and Parole board Ms. Marsha Moberly and his reviewing employee's in their official and indivdual capacity discriminated against him by paroling and discharging serious sex offenders such as child molesters, rapist, murders and repeat offenders compared to not releasing Plaintiff on such alledged crime of burglary.

Plaintiff claims he has over 17 years on a non aggravated 40 year sentence of burglary with only two major

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff is requesting the court to grant him punitive damages in the sum of $200,000.00 Dollars

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Martin L. Kennedy

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

303730, 439931, 01444898

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

Rev. 05/15

disciplenary case's in a 14 year time Span.

Plaintiff contends his rehabilitation and adjustment has been Satisfactory and meet all requirements for Parole and shortway discharge for 9/01/23 but was denied by the Texas Director of the Pardon and Parole board and reviewing employee's. The parole board never took under consideration plaintiff is Mentally ill and is a special needs offender suffering from a brain disorder of Schizophrenia and Major depression since early childhood.

Plaintiff contend's he has been denied parole 14 years fourteen years in a row for the same reason's which is a violation of the parole board rules and procedure. Plaintiff didnt even receive an answer on why he wasnt released on his shortway discharge date of 9/01/23 or why it was taken away.

Plaintiff claims since 2010 two hundred serious Sex offenders and rapist have been released either on parole or shortway back in society.

Plaintiff is Suing the Director of Parden and Parole board Ms Marsha Moberly, and reviewing board Members in their individual and official capacity for violation of his equal protection due process rights of the 5th, 14th Amendment of the United states constitution for

(2)

discrimination and the reviewing parole board Memebers for paroling or shortway discharging violent sex offenders, Rapist and Murders and not allowing Plaintiff a Mentally ill special needs non violent offenders to Make parole or Shortway but instead has denied Plaintiff 14 years in a row for the Same reasons. Plaintiff Claims the Director and Parole board Members was prejudice against him.

Plaintiff is asking this honorable court to grant relief in punitive damages in the Sum of $200,000.00 Dollars for violation of his equal protection due process rights of the 8th, 14th Amendment of United States Constitution for intentional discrimination and Conspiring to violate the Texas board of Pardon and Paroles Mandatory rules and procedures on Parole.

Plaintiff is also requesting this honorable court to grant relief whereas to a special parole review by the Texas parole board. Plaintiff Claims the deprivation of his constitutional rights entitles him to relief.

(3)

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Western District
2. Case number: A-12-CV-0027
3. Approximate date warning was issued: Dont Know

Executed on: 10-09-23
DATE

Martin L. Kennedy
Martin L. K—dy
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   9TH   day of   October  , 20 23 .
       (Day)              (month)       (year)

Martin L. Kennedy
Martin L. K—dy
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15